IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEBORAH HALEY                                                                                    PLAINTIFF

vs.                                         Civil No. 2:13-cv-02066

CAROLYN W. COLVIN                                                                           DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Motion to Remand.  ECF No. 16.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 8.  Pursuant to this authority, this Court issues this Memorandum Opinion.

On August 13, 2013, Defendant filed the present Motion.  ECF No. 16.  Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.* Plaintiff has not responded to this Motion, and the time to respond has expired.  *See* Local Rule 7.2(b).  After considering this Motion, the Court **GRANTS** Defendant's Motion to Remand.  ECF No. 16.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 5th day of September 2013.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE