IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEBORAH HALEY                                                                                    PLAINTIFF

vs.                                              Civil No. 2:13-cv-02066

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered in this case on this date, I hereby reverse the decision of the Commissioner and remand this case for further administrative consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**ENTERED this 5th day of September 2013.**

                                                                            /s/  Barry A. Bryant
                                                                            HON. BARRY A. BRYANT
                                                                            U. S. MAGISTRATE JUDGE